THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James
 Wilkinson, Appellant.
 
 
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2010-UP-172
 Submitted February 1, 2010  Filed March
1, 2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  James
 Wilkinson appeals his conviction and twenty-year sentence for attempted
 kidnapping.  He argues the trial court erred in denying his motion for a directed
 verdict.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:  S.C. Code Ann. § 16-3-910 (2003) (stating kidnapping occurs when
 someone unlawfully seizes, confines, inveigles, decoys, kidnaps, or abducts or
 carries away any other person by any means whatsoever without authority of
 law); State v. Frazier, 375 S.C. 575, 581, 654 S.E.2d 280, 283 (Ct. App.
 2007) ("If there is any direct evidence or substantial circumstantial
 evidence reasonably tending to prove the guilt of the accused, an appellate court
 must find the case was properly submitted to the jury.").
AFFIRMED.
PIEPER, GEATHERS, JJ., and
 CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.